UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-3039-CIV-MIDDLEBROOKS

UNITED STATES OF AMERICA.,

    Plaintiff,

vs.

ANNA BELL-COPELAND,

    Defendant.
_____/

## ORDER OF SUBSTITUTION OF COUNSEL

PURSUANT to the Stipulation for Substitution of Counsel which has been filed with the Court, it is hereby

ORDERED AND ADJUDGED as follows:

DAVID E. NEWMAN, P.A., is hereby substituted as attorney of record for the Plaintiff, UNITED STATES OF AMERICA, in place of ALOYMA M. SANCHEZ, Assistant United States Attorney. ALOYMA M. SANCHEZ is hereby relieved of any further responsibility of representing the Plaintiff, UNITED STATES OF AMERICA, in this matter. All further papers and pleadings shall be served on: DAVID E. NEWMAN, P.A., 1533 Sunset Drive, Suite 225, Coral Gables, Florida 33143.

DONE AND ORDERED in Chambers, at West Palm Beach, Palm Beach County, Florida, this _20_ day of _May_, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA vs. ANNA BELL-COPELAND
Case No.: 98-3039-CIV-MIDDLEBROOKS
Page Two


cc:
DAVID E. NEWMAN, P.A.

ALOYMA M. SANCHEZ
Assistant United States Attorney

ANNA BELL-COPELAND
5153 NW 47TH TERRACE
MIAMI, FL 33127